PERRYMAN <i>v.</i> EQUITABLE MORTGAGE COMPANY.

SIMMONS, C. J.   1. There was no error in any of the rulings complained of, and the evidence authorized the verdict.
2. Even if the newly discovered evidence was in other respects sufficient, it could have been, and doubtless was, disregarded by the trial judge for the reason that there was no affidavit as to the character or credibility of the witnesses.   *Grant* v. *State,* 97 *Ga.* 791 (3), and cases cited.

   *Judgment affirmed.   All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 11, 1902.

Levy and claim.   Before Judge Littlejohn.   Stewart superior court.    November 22, 1901.

*J. H. Worrill* and *E. J. Wynn,* for plaintiff in error.
*E. A. Hawkins* and *J. B. Hudson,* contra.

---

JONES <i>v.</i> DANNENBERG COMPANY.

LUMPKIN, P. J.   The law of this case was settled at the October term, 1900, of this court.   See 112 *Ga.* 426.   It does not appear that at the trial now under review the court below erred in rejecting testimony ; but as there were, in view of the evidence introduced, issues of fact which should have been submitted to and passed upon by the jury, the court erred in directing a verdict.

   *Judgment reversed.   All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 11, 1902.

Foreclosure of mortgage.   Before Judge Littlejohn.   Sumter superior court.   December 2, 1901.

*Allen Fort & Son* and *J. B. Pilsbury,* for plaintiff in error.
*Greer & Felton, J. A. Hixon,* and *Hall & Wimberly,* contra.